```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Valerie Dicks, on behalf of herself and all others similarly situated,

                      Plaintiff,

-against-

Ok Fine Furniture, Inc.,

                      Defendant.

1:22-cv-06505 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference today, for which only Plaintiff appeared, it is hereby Ordered that, if Defendant has not appeared in this action by October 27, 2022, Plaintiff shall promptly thereafter, and no later than October 31, 2022, seek a Certificate of Default from the Clerk of Court.

**SO ORDERED.**

DATED:    New York, New York
               October 6, 2022

_____
STEWART D. AARON
United States Magistrate Judge